# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  <br>    Plaintiff,  <br>v.  <br>Jesse William Holder,  <br>    Defendant. | No.  4: 15-CR-53-TUC-JAS  <br><br>**ORDER** |

Currently pending before the Court is Defendant Jesse William Holder's Motion to Suppress Statements (Doc. 17), United States Magistrate Judge Macdonald's Report and Recommendation (Doc. 59), the Government's Objection to Report and Recommendation (Doc. 63), and Defendant's Response (Doc. 65).  Because the Government objected to the conclusions of the Report, this Court reviews the Report *de novo* and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).

After an independent *de novo* review, the Court adopts the Report in its entirety for the reasons stated therein.  It is hereby ordered that Defendant's Motion to Suppress Statements (Doc. 17) is GRANTED.

Dated this 21st day of January, 2016.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Honorable James A. Soto
United States District Judge